UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RAYMOND PATRICK STEELE, JR.,**

   Plaintiff,

v.     No. 4:23-cv-0150-P

**FNU KNAP, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 5. No objections were filed; and the Magistrate Judge's Recommendation is ripe for review. The undersigned reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned believes that the Findings and Conclusions of the Magistrate Judge are correct and accepts them as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice** for lack of prosecution.

**SO ORDERED** on this **29th day** of **March 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE