UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RAYMOND PATRICK STEELE, JR.,**

   Plaintiff,

v.                                      No. 4:23-cv-0150-P

**FNU KNAP, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 6) entered this same day:

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **29th day** of **March 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE